UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| SHARON PENNINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:07-cv-1237-RLY-JMS |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **DISMISSED WITH PREJUDICE.**

Date: 1/9/2008

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Sharon Pennington
2507 N.W. 15th St.
Richmond, IN 47374